### 2262. TOUCHSTONE *v.* THE STATE.

RUSSELL, J. There is no complaint of any error of law either in the charge of the court or in rulings during the trial. The evidence, though weak, authorized the conviction of the defendant, and there was no error in refusing a new trial.       *Judgment affirmed.*

       DECIDED JULY 5, 1910.

Accusation of gaming; from city court of Griffin—Judge Flynt. October 8, 1909.

*Thomas W. Thurman,* for plaintiff in error.

*William H. Beck, solicitor,* contra.

---

### 2282. BRACEWELL *v.* SOUTHERN RAILWAY Co.

RUSSELL, J. The decision in this case is controlled by the answer of the Supreme Court to the certified question (134 *Ga.* 537 (68 S. E. 98)); and therefore there was no error in sustaining the demurrer and dismissing the petition.       *Judgment affirmed.*

       DECIDED JUNE 14, 1910.

Action for damages; from city court of Macon—Judge Hodges. October 16, 1909.

*Guerry, Hall & Roberts, H. L. Grice,* for plaintiff.

*Harris & Harris,* for defendant.